*Haygood & Cutts,* contra.

---

### 221. BROWN *v.* THE STATE.

POWELL, J. 1. The evidence authorized the verdict.

2. The exceptions to the charge of the court are not well taken.

3. Ineligibility of a juror because of service in the same court during the next preceding term thereof renders him incompetent propter defectum, and is good ground for challenge, if made in due time; but it is not good as a ground for new trial, in the absence of such challenge. *Jackson* v. *State,* 125 *Ga.* 277.                *Judgment affirmed.*

Indictment for assault with intent to murder, from Cobb superior court—Judge Gober. January 23, 1907.

Submitted March 20,—Decided March 28, 1907.

*Griffin & Attaway,* for plaintiff in error.

*B. F. Simpson,* solicitor-general, contra.

---

### 223. HINELY *v.* THE STATE.

HILL, C. J. Where the trial court, by an order, set down the hearing of a motion for a new trial for a fixed date in vacation, thereby allowing the movant a reasonable time to prepare and present for approval a brief of the testimony, and on that date the brief had not been prepared, this court will not interfere with the discretion of the trial judge in refusing to grant any further continuance of the motion and in dismissing the same. Penal Code, § 966; Civil Code, § 5485.

*Judgment affirmed.*

Motion for new trial, from Effingham superior court—Judge Seabrook. December 29, 1906.

Submitted March 20,—Decided March 28, 1907.

*D. H. Clark,* for plaintiff in error.

*N. J. Norman,* solicitor-general, *Livingston Kenan,* contra.